IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS J. HYATT,

   Plaintiff,

v.            Case No. 3:06cv64/MCR/EMT

LC INDUSTRIES FOR THE BLIND, INC.,

   Defendant.
_____/

**O R D E R**

   The clerk has entered a default against defendant, and plaintiff has moved for entry of default judgment pursuant to Fed.R.Civ.P. 55. (Doc. 9).  Plaintiff asks the court to "grant [him] all of the relief requested" in his complaint, which includes directing defendant to employ him, monetary damages, and the costs and fees of litigating this case.

   To date, plaintiff has not submitted any affidavits or other references in support of his request for default judgment.  He shall be required to do so, within fourteen (14) days of the date of this order.   See Fed.R.Civ.P. 55(b)(2). In addition, within the same period of time, plaintiff shall submit a memorandum of law in support of his demand for employment, which memorandum should not exceed ten (10) pages in length.

   DONE and ORDERED this 5th day of October, 2006.

            s/ *M. Casey Rodgers*
            **M. CASEY RODGERS**
            **UNITED STATES DISTRICT JUDGE**